■ AMERITEK CONSTRUCTION CORPORATION, Appellant, v CAROL C. EVANS, Respondent, et al., Defendants. [723 NYS2d 860] —In an action to foreclose a mortgage, the plaintiff appeals from an order of the Supreme Court, Westchester County (Fredman, J.), entered October 8, 1999, which denied its motion for summary judgment.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. O'Brien, J. P., S. Miller, McGinity and Luciano, JJ., concur.